# MINUTES

CASE NUMBER:     CR 12-00579LEK

CASE NAME:     USA v. Larry Emmons

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi     REPORTER:

DATE:   04/01/2015     TIME:

COURT ACTION:  EO: Sentencing date currently set for 4/2/2015 at 02:45 PM is continued to 1/14/2016 at 02:00 PM before Judge Leslie E. Kobayashi.

Defendant's Attorney John M. Schum to prepare Stipulation Continuing Sentencing for Judge Leslie E. Kobayashi's consideration.

Submitted by: Theresa Lam, Courtroom Manager